**Gloria LARSON, Respondent,**

v.

**ST. LOUIS COUNTY, Self Insured, Relator,**

and

**HRI for Medica Choice, Intervenor,**

and

**Special Compensation Fund.**

**No. C5–02–715.**

Supreme Court of Minnesota.

Aug. 8, 2002.

Honorable Donald C. Erickson, Compensation Judge, Office of Administrative Hearings.

Alan L. Mitchell, St. Louis County Attorney, Timothy O. Lee, Assistant County Attorney, Duluth, MN, for appellant.

James B. Peterson, Falsani, Balmer, Peterson & Quinn, Duluth, MN, Mike Hatch, Attorney General, Sara J. Stoltman Special Assistant Attorney General, St. Paul, MN, for respondent.

ORDER

KATHLEEN A. BLATZ, Chief Justice.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 10, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
KATHLEEN A. BLATZ
Chief Justice